■ In the Matter of TEMPORARY STATE CHARTER REVISION COMMISSION FOR NEW YORK CITY et al., Respondents, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK et al., Appellants.—Judgment, Supreme Court, New York County, entered on October 15, 1975, directing that the board of elections file revised questions as proposed by the State Charter Revision Commission, unanimously affirmed, without costs and without disbursements. Leave to appeal to the Court of Appeals is also hereby granted. We are in agreement with the reasoning of the learned Justice at Special Term that the time limitation found in subdivision c of section 3 of chapter 634 of the Laws of 1972, as amended by chapter 385 of the Laws of 1973 is not applicable to subdivision d thereof relating to the filing of the questions here in issue. Concur—Stevens, P. J., Markewich, Tilzer, Lane and Nunez, JJ.

■

## (October 21, 1975)

■ In the Matter of TRIM CORPORATION OF AMERICA, Respondent, v RICHLOOM FABRICS CORP., Appellant.—Judgment, Supreme Court, New York County, entered on April 16, 1975, unanimously affirmed on the opinion of Silverman, J., at Special Term. Respondent shall recover of appellant $40 costs and disbursements of this appeal. No opinion. Concur—Stevens, P. J., Murphy, Lupiano, Lane and Nunez, JJ.

■ In the Matter of SYLVIA TUCKER, Individually and as President of the Forest Hills Tenant Association, et al., Appellants, v OFFICE OF RENT CONTROL OF THE CITY OF NEW YORK, Respondent, and FALK ASSOCIATES, Intervenor-Respondent.—Judgment, Supreme Court, New York County, entered on March 4, 1975, unanimously affirmed on the opinion of Frank, J., at Special Term, without costs and without disbursements. No opinion. Concur—Stevens, P. J., Murphy, Lupiano, Lane and Nunez, JJ.